UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20153-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**JULIETTE PETIT FRERE**,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** came before the Court on Defendant, Juliette Petit Frere's Motion for Bond Pending Appeal [D.E. 210], filed December 19, 2008. The Court has carefully reviewed the parties' written submissions and applicable law.

On September 25, 2008, the undersigned entered judgment against Defendant, sentencing her to five months' incarceration, and extending to her a surrender date of January 5, 2009. Defendant has filed her notice of appeal, and by the present Motion, seeks to remain out on bond pending appeal, pursuant to 18 U.S.C. § 3143(b). As Defendant recognizes, the standard for a bond pending appeal requires that Defendant show the appeal raises a substantial question of law or fact, and if such question is decided favorably to Defendant on appeal, the decision is likely to result in reversal or an order for new trial. *United States v. Giancola*, 754 F.2d 898, 901 (11th Cir. 1985). To meet that standard Defendant raises yet again an argument rejected on three prior occasions (*see* D.E. 117, 121, and 192). Because the undersigned is not persuaded that a new trial or reversal is likely to result, it is

**ORDERED AND ADJUDGED** that the Motion for Bond Pending Appeal [D.E. 210] is **DENIED**.

Case No. 08-20153-CR-ALTONAGA

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of January, 2009.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:   counsel of record